# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  ROBERT L. HEARNS, JR.  
6210 WALNUT GROVE ROAD  
LOVES PARK, IL 61111

SSN-xxx-xx-7711

Case Number: 07-73156

Case filed on: 12/28/2007  
Plan Confirmed on:

U Dismissed  Unconfirmed

Total funds received and disbursed pursuant to the plan: $1,350.00          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | BALSLEY & DAHLBERG LLP | 3,000.00 | 3,000.00 | 22.93 | 0.00 |
|  | Total Legal | 3,000.00 | 3,000.00 | 22.93 | 0.00 |
| 002 | INTERNAL REVENUE SERVICE | 15,505.74 | 15,505.74 | 0.00 | 0.00 |
| 022 | ILLINOIS DEPARTMENT OF REVENUE | 1,072.63 | 1,072.63 | 0.00 | 0.00 |
|  | Total Priority | 16,578.37 | 16,578.37 | 0.00 | 0.00 |
| 999 | ROBERT L. HEARNS, JR. | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | WINNEBAGO COUNTY SCHOOLS CREDIT UNION | 5,695.82 | 5,695.82 | 1,132.08 | 106.80 |
| 019 | WINNEBAGO COUNTY SCHOOLS CREDIT UNION | 368.28 | 368.28 | 0.00 | 0.00 |
|  | Total Secured | 6,064.10 | 6,064.10 | 1,132.08 | 106.80 |
| 002 | INTERNAL REVENUE SERVICE | 14,073.67 | 14,073.67 | 0.00 | 0.00 |
| 003 | AAM, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | ACE CASH ADVANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | ADVANCE CASH EXPRESS | 500.00 | 500.00 | 0.00 | 0.00 |
| 006 | ALLIED INTERSTATE, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | ASSOCIATED COLLECTORS, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | BANKCARD SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | CB USA INC/BUDGET COUNSELORS CREDIT SERV | 240.00 | 240.00 | 0.00 | 0.00 |
| 010 | EZ MONEY PAYDAY LOANS | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | FIRST PREMIER BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | FOCUS RECEIVABLES MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | MUTUAL MANAGEMENT SERVICES | 4,120.50 | 4,120.50 | 0.00 | 0.00 |
| 014 | NATIONAL CASH ADVANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | SECURITY FINANCE CORP. | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | SWEDISH AMERICAN HEALTH SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | ROUNDUP FUNDING LLC | 985.50 | 985.50 | 0.00 | 0.00 |
| 018 | WORLD FINANCE CORPORATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | WINNEBAGO COUNTY SCHOOLS CREDIT UNION | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | ASSET ACCEPTANCE CORP | 620.00 | 620.00 | 0.00 | 0.00 |
| 021 | CASH LOAN STORE | 1,210.38 | 1,210.38 | 0.00 | 0.00 |
| 022 | ILLINOIS DEPARTMENT OF REVENUE | 195.36 | 195.36 | 0.00 | 0.00 |
| 023 | PALISADES COLLECTION LLC | 1,645.47 | 1,645.47 | 0.00 | 0.00 |
|  | Total Unsecured | 23,590.88 | 23,590.88 | 0.00 | 0.00 |
|  | Grand Total: | 49,233.35 | 49,233.35 | 1,155.01 | 106.80 |

Total Paid Claimant:   $1,261.81  
Trustee Allowance:   $88.19  
Percent Paid Unsecured:   0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

  /s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on  08/28/2008          By   /s/Heather M. Fagan